KIRSCHNER *et ux. vs.* THE WESTERN AND ATLANTIC RAILROAD COMPANY.

[JACKSON, Chief Justice, being disqualified, Judge Hillyer, of the Atlanta circuit, was designated to preside in this case.]

1. An easement will not arise by prescription where the facts show that the owner of the servient estate has habitually broken and interrupted the use whenever he thought proper to do so.

2. As ruled in the case of *Glaze vs. The Western and Atlantic Railroad Company*, just decided, no prescription runs against the state in any case.

HILLYER, Judge.